UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GRANT STEAD, individually,<br><br>              Plaintiff,<br><br>    v.<br><br>COLLINS FINANCIAL SERVICES, INC. a Texas corporation and PALISADES AC2QUISTIION V., LLC, PARAGON WAY, INC., f/k/a TXCOLLECT, INC., cba CTI OF AUSTIN TEXAS, a Texas corporation,<br><br>              Defendants. | NO. CV-07-0093-EFS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO RECONSIDER AND REMANDING MATTER TO STATE COURT** |

Before the Court is the Plaintiff's Motion for Reconsideration On Objection to Removal from State Court (Ct. Rec. 6). After Defendants filed a Notice of Removal (Ct. Rec. 1), Plaintiff filed an Amended Complaint (Ct. Rec. 5), which removed his federal Fair Debt Collection Practices Act cause of action. Accordingly, the Amended Complaint only contains causes of action arising under state law. In response to Plaintiff's motion, Defendants submit the Court is to look at the complaint in effect when the case was removed and therefore maintain the Court has subject matter jurisdiction over this case; Defendants ask the Court to maintain supplemental jurisdiction over the state law causes of

ORDER OF REMAND ~ 1

action contained in the Amended Complaint.  The Court agrees it has jurisdiction over the initial Complaint; however, after considering judicial economy, fairness, convenience, and comity, the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining claims under 28 U.S.C. § 1367.  *See Nishimoto v. Federman-Bachrach & Assocs.*, 903 F.2d 709, 715 (1990).

**IT IS HEREBY ORDERED:** Plaintiff's Motion for Reconsideration On Objection to Removal from State Court **(Ct. Rec. 6)** is **GRANTED**. This matter is **REMANDED.**

**IT IS SO ORDERED.**  The District Court Executive is directed to:

1. Enter this Order;
2. Provide copies to all counsel;
3. Provide a certified copy to the **Clerk of the Superior Court of the State of Washington, in and for the County of Spokane**, Civil Case Number: 07200271-0;
4. **REMAND THIS CASE** to the Superior Court of the State of Washington, in and for the County of Spokane; and
5. **Close the file.**

**DATED** this ___17th___ day of April, 2007.

                    S/ Edward F. Shea
                       EDWARD F. SHEA
               United States District Judge

Q:\Civil\2007\0093.remand.wpd

ORDER OF REMAND ~ 2